**Order entered August 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00595-CR
No. 05-18-00600-CR

**TOREY DONOVAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-24700-M & F17-24701-M**

## ORDER

The clerk's records in these appeals were filed May 30, 2018. They show that appellant is indigent and that he requested the reporter's record on May 21, 2018. When it was not filed, we notified court reporter Belinda Baraka by postcard dated May 23, 2018 and directed her to file, by June 22, 2018, (1) the reporter's record or (2) written verification that no hearings were recorded. No reporter's record was filed, and we had no communication from Ms. Baraka. We then ordered Ms. Baraka to file the complete reporter's record in these appeals by July 17, 2018. We cautioned that the failure to do so would result in the Court taking whatever action it deemed appropriate to ensure that these appeals proceed in a timely fashion. We specifically cautioned Ms. Baraka that might include ordering that Ms. Baraka not sit as a court reporter until the

reporter's record in the appeals was filed. To date, Ms. Baraka has not complied with this Court's order nor has she communicated with the Court.

We **ORDER** that Belinda Baraka **NOT SIT** as a court reporter until she has filed the complete reporter's record in these appeals.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/     CRAIG STODDART
           JUSTICE